UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

-----------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

– against –

Robert Brooks.

**ORDER OF REFERRAL**

_03_ CR _927_ (FB)

Defendant.

---- -----------------------------------------------X

The defendant, _____**ABOVE**_____, having asked for

permission to enter a plea of guilty and having consented to have a United States

Magistrate Judge hear the application, the matter is referred to Magistrate Judge

_Mann_____ to administer the allocution pursuant to Fed.R.Cr.P. 11 and to

make a finding as to whether the plea is knowingly and voluntarily made and not

coerced, and to make a recommendation as to whether the plea of guilty should be

accepted.

SO ORDERED.

Dated: Brooklyn, New York
_____9/11_____, 20_03_.

_____
FREDERIC BLOCK
United States District Judge

_CONSENTED TO:_

_____
Defendant (signature)

_____
Attorney for Defendant (signature)